UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | EDCV 16-2399-MWF (KES) | **Date** | January 19, 2017 |
| **Title** | Koy K. Williams v. Cynthia Entzel, Warden | | |

**Present: The Honorable**  Karen E. Scott, United States Magistrate Judge

| Jazmin Dorado | n/a |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |
| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
| n/a | n/a |

**Proceedings:**    (In Chambers) Order to Show Cause why Petition should not be dismissed for lack of prosecution

On November 21, 2016, Petitioner filed a petition for writ of habeas corpus by a person in federal custody ("Petition"). (Dkt. 1.) On November 29, 2016, the Court dismissed the Petition with leave to amend, and gave Petitioner until December 28, 2016 to file a First Amended Petition. (Dkt. 3.) On December 29, 2016, the Court denied Petitioner's IFP request without prejudice. (Dkt. 5.)

As of the date of this Order, Petitioner has failed to file a First Amended Petition. **On or before February 10, 2017**, Petitioner is hereby ordered to file his First Amended Petition or show cause why he failed to meet the prior December 28, 2016 deadline. Petitioner is warned that his failure to comply with this deadline may result in the dismissal of his lawsuit for lack of prosecution.

Petitioner is reminded that per the Court's December 29, 2016 order (Dkt. 5), Petitioner shall also either (1) pay the $5.00 filing fee, or (2) provide the Court with an explanation as to why he cannot pay the fee and attach an updated Certified Trust Account Statement **on or before February 10, 2017**.