JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOY WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>CYNTHIA ENTZEL,<br><br>    Respondent. | Case No. 5:16-cv-2399 MWF (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for A Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by petitioner Koy Williams is dismissed with prejudice.

DATED: January 5, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE